■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HINDS, Appellant. [851 NYS2d 55]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Doyle, J.), imposed May 3, 2007, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Crane, J.P., Fisher, Santucci and Carni, JJ., concur.